UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00387-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 31 |

On July 15, 2025, Plaintiff filed a motion for temporary restraining order and preliminary injunction. (ECF Nos. 20, 21.) Defendants filed their response on July 29, 2025. (ECF Nos. 22, 22-1 to 22-2.) On August 8, 2025, Plaintiff filed a notice that he did not timely receive Defendants' response. (ECF No. 26.) As a result, the court gave Plaintiff an extension of time, until August 29, 2025, to file his reply brief. (ECF No. 27.) On August 29, 2025, Plaintiff filed a notice stating that Defendants refused to provide him with legal writing supplies, even though he is indigent. He indicates he was forced to write on paper towels.

The Attorney General's Office shall immediately ensure that Plaintiff is provided with adequate legal supplies to prepare his reply brief, and file a notice no later than **September 8, 2025**, advising the court that this has been done.

Plaintiff has up to and including **September 19, 2025**, to file his reply brief.

**IT IS SO ORDERED**.

Dated: September 4, 2025

_____
Craig S. Denney
United States Magistrate Judge