UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>    Plaintiff,<br>vs.<br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 3:23-cv-387-ART-CSD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE<br>(ECF No. 35) |

  Plaintiff Paul Scott Klein brings this action under 42 U.S.C. § 1983, alleging that while at Northern Nevada Correctional Center ("NNCC"), he was exposed to extreme heat and cold, as well as dust, allergens, mold, and other air quality issues in violation of his Eighth Amendment rights. (ECF Nos. 3, 3-1, 17, 17-1). Mr. Klein subsequently filed an emergency motion for a temporary restraining order or preliminary injunction. (ECF Nos. 20 and 21.)[1] Magistrate Judge Denney issued a Report and Recommendation ("R&R") recommending denial of Mr. Klein's motion for preliminary injunction. (ECF No. 35.) Mr. Klein moved for an extension of time to object to Judge Denney's R&R (ECF No. 38), and was granted an extension until October 31, 2025. (ECF No. 39.) The deadline has now passed, and Mr. Klein has not submitted an objection.

  Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140,

---

[1] While these documents are identical, they were docketed separately to reflect the two forms of relief sought.

150 (1985). Because Plaintiff has not objected, the Court conducts no review of Judge Denney's R&R and adopts it in full.

Judge Denney recommends denial of Mr. Franklin's motion for preliminary injunction on several grounds, including that: it is not clear what relief Plaintiff is seeking, Plaintiff has not demonstrated a likelihood of success on the merits, Plaintiff has not adequately demonstrated irreparable harm, Plaintiff has not shown that the balance of equities tips in his favor, and Plaintiff has not shown that preliminary relief is in the public interest. (ECF No. 35.) In short, Mr. Franklin's motion has not satisfied the four-factor test for issuance of Temporary Restraining Orders and preliminary injunctions identified in *Winter v. Natural Resources Defense Council, Inc.* 555 U.S. 7, 20 (2008).

Because this motion is denied without prejudice, Plaintiff is not precluded from filing another motion for preliminary injunction with more specific facts.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 35) is ADOPTED.

It is further ordered that Plaintiff's motion for a temporary restraining order or preliminary injunction (ECF Nos. 20, 21) is DENIED WITHOUT PREJUDICE.

Dated this 1st day of December, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE