**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No.: 3:23-cv-00387-ART-CSD

**Order**

On June 12, 2026, Plaintiff filed a motion for an extension of the remaining scheduling order deadlines. (ECF No. 47.) On June 23, 2026, Plaintiff filed his own motion for summary judgment as to defendant Craig. (ECF no. 48.) Defendants filed a response. (ECF No. 50.) Defendants then filed a motion to extend the dispositive motions deadline on July 22, 2026, which was granted, making the dispositive motions deadline August 7, 2026. (ECF nos. 51, 52.)

On July 28, 2026, Plaintiff filed a second motion seeking an extension of the discovery deadline. (ECF No. 53.)

On August 6, 2026, Defendants filed their motion for summary judgment. (ECF No. 54.)

Defendants never filed a response to either of Plaintiff's motions for an extension of the discovery deadline.

On or before **August 24, 2026**, Defendants shall file a response to Plaintiff's motions requesting an extension of the discovery deadline. **IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge