**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff

v.

STATE OF NEVADA, *et al.*,

Defendants

Case No.: 3:23-cv-00387-ART-CSD

**Order**

Re: ECF No. 58

Plaintiff has filed a motion for leave to file a late reply to Defendants' response to Plaintiff's motion for summary judgment. (ECF No. 58.) Good cause appearing, Plaintiff's motion is granted. The Clerk will detach and file Plaintiff's reply (ECF No. 58-1).

**IT IS SO ORDERED**.

Dated: August 14, 2026

Craig S. Denney
United States Magistrate Judge