**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No.: 3:23-cv-00387-ART-CSD

**Order**

Re: ECF No. 63

Plaintiff's motion for a 60-day extension of time to file his response to Defendants' motion for summary judgment (ECF No. 63) is **DENIED**.

The fact that Plaintiff has filed his own motion for summary judgment is not good cause to extend the deadline to oppose Defendants' motion. Nor does the fact that Plaintiff has been assisting another inmate with his civil rights action justify a 60-day extension of the deadline to oppose Defendants' motion.

Plaintiff's response was due on or before August 27, 2026. The court will give Plaintiff a brief extension, up to and including **September 11, 2026**, to file his response to Defendants' motion for summary judgment.

**IT IS SO ORDERED**.

Dated: August 31, 2026

Craig S. Denney
United States Magistrate Judge