**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No.: 3:23-cv-00387-ART-CSD

**Order**

Re: ECF No. 65

Plaintiff has filed a motion seeking a 45-day extension to file his response to Defendants' motion for summary judgment. (ECF No. 65.)

Plaintiff's response to Defendants' motion was due on August 27, 2026. On August 31, 2026, the court gave Plaintiff an extension to September 11, 2026, to file his response. (ECF No. 64.) Plaintiff now seeks another 45 days to file his response.

Plaintiff's motion is **GRANTED IN PART** insofar as the court will give Plaintiff one *final* 30-day extension of time to file his response to Defendants' motion. Plaintiff's response is due on or before **October 12, 2026**. There will be no further extensions absent exceptional circumstances.

**IT IS SO ORDERED**.

Dated: September 16, 2026

Craig S. Denney
United States Magistrate Judge